IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FOODFRESH TECHNOLOGIES, LLC.,

                     Plaintiff,

      v.

SUNBEAM PRODUCTS, INC.,
d/b/a JARDEN CONSUMER
SOLUTIONS,

                     Defendants.

ORDER

13-cv-488-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Plaintiff FoodFresh Technologies, LLC's unopposed motion to stay this case pending ex parte reexamination of its patent by the Patent and Trademark Office is granted on the condition that the Patent and Trademark Office's rulings on invalidity will be binding on the parties and not subject to reargument in this court.

      Entered this ___19th___ day of December, 2013.

                                       BY THE COURT:

                                       /s/ Barbara B. Crabb
                                       BARBARA B. CRABB
                                       District Judge